June 30, 2006

Mr. Brian L. Gibson
Gibson & Associates, P.L.L.C.
P.O. Drawer 148
Groesbeck, TX 76642

Ms. Kathleen French Dow
Buenger & Associates
3203 Robinson Drive
Waco, TX 76706

Mr. Kristofer S. Monson
Assistant Solicitor General
P.O. Box 12548(MC 059)
Austin, TX 78711-2548
Mr. Charles Buenger
Buenger & Associates
3203 Robinson Drive
Waco, TX 76706

Mr. Bill Boyd
Boyd Veigel, P.C.
P. O. Box 1179
McKinney, TX 75070

Mr. P. Michael Jung
Strasburger & Price, L.L.P.
901 Main Street, Suite 4400
Dallas, TX 75202-3794

RE: Case Number: 03-0878
 Court of Appeals Number: 10-02-00261-CV
 Trial Court Number: 25,682-B

Style: JUDY TOOKE AND EVERETT TOOKE D/B/A TOOKE AND SONS AND D/B/A
 NATURE'S WAY ORGANIC LANDSCAPING
 v.
 THE CITY OF MEXIA

 Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinions and
judgment in the above-referenced cause. The Motion for Court to Take
Judicial Notice is granted. (Justice Willett not sitting)

 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Sharri Roessler |
| |Ms. Peggy Murray Hill |
| |Ms. Barbara E. Rosenberg|
| | |
| |The Honorable Craig T. |
| |Enoch |
| |Mr. B. Craig Deats |
| |Mr. Eric Weisberg |